LAKE COUNTY BAR ASSOCIATION *v.* ENDRES.

[Cite as *Lake Cty. Bar Assn. v. Endres* (1996), 74 Ohio St.3d 590.]

(No. 95–2533—Submitted January 24, 1996—Decided February 28, 1996.)

*Linda D. Cooper, Patricia A. Nocero* and *James S. Callender, Jr.,* for relator.

*Paul Joseph Endres, pro se.*

---

*Per Curiam.* Upon review of the record, we adopt the board's findings of misconduct and its recommended sanction. Respondent is therefore suspended from the practice of law in Ohio for a period of two years, but imposition of this sanction is suspended on the conditions established by the board. Costs taxed to respondent.

*Judgment accordingly.*

DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

MOYER, C.J., and COOK, J., dissent.

COOK, J., dissenting. Respondent's conduct together with his disregard for the disciplinary process warrants a suspension of six months.

MOYER, C.J., concurs in the foregoing dissenting opinion.